IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| APOLONIO de JESUS VALDEZ HERNANDEZ, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Case No. CIV-19-572-PRW ) |
| RALPH HANSON, JR., et al., | ) ) |
| Respondents. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 30, 2019, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Dkt. 9) in this matter recommending that the Court dismiss this action on filing. Petitioner was advised of his right to file an objection to the Report and Recommendation on or before September 16, 2019,[1] but no objection has been filed. Thus, Petitioner has waived further review of the issues addressed in the Report and Recommendation (Dkt. 9).[2]

Upon de novo review, the Court **ADOPTS** the Report and Recommendation (Dkt. 9) issued by the Magistrate Judge on August 30, 2019, and **DISMISSES** this action.

---

[1] R. & R. (Dkt. 9) at 6.

[2] *Olivera v. Cate*, No. 5:14-cv-00162-D, 2016 WL 1436694, at *1 (W.D. Okla. Apr. 11, 2016) (citing *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996)).

1

**IT IS SO ORDERED this 28th day of October, 2019.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE